1

2

3

4

5

6

7

8

9

10

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| TRICIA RAYLENE LESLIE, | Case No.  1:24-cv-00915-JLT-SAB |
| Plaintiff, | ORDER REQUIRING DEFENDANT TO FILE RESPONSIVE PLEADING |
| v. | SEVEN DAY DEADLINE |
| GENERAL MOTORS LLC, | |
| Defendant. | |

12

13

14

15

16

17    On July 8, 2024, Tricia Raylene Leslie ("Plaintiff") filed this action in the Tulare County

18  Superior Court against General Motors LLC ("Defendant") alleging violations of California law.

19  (ECF No. 1-1.)  Service of the summons and complaint was completed on July 10, 2024.  (ECF

20  No. 1-2.)  On August 7, 2024, Defendant removed the action to the Eastern District of California.

21  (ECF No. 1.)

22    Pursuant to the Federal Rules of Civil Procedure, "[a] defendant who did not answer

23  before removal must answer or present other defenses or objections under these rules within the

24  longest of these periods: (A) 21 days after receiving--through service or otherwise--a copy of the

25  initial pleading stating the claim for relief; (B) 21 days after being served with the summons for

26  an initial pleading on file at the time of service; or (C) 7 days after the notice of removal is

27  filed." Fed. R. Civ. P. 81(c)(2).

28  / / /

1

1    Defendant's notice of removal does not include an answer filed in the state court.

2  Accordingly, IT IS HEREBY ORDERED that Defendant shall file a responsive pleading within

3  **seven (7)** days of the date of entry of this order.

4

5  IT IS SO ORDERED.

6  Dated:   **August 8, 2024**

   UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28