# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRICIA RAYLENE LESLIE,<br><br>    Plaintiff,<br><br>    v.<br><br>GENERAL MOTORS LLC,<br><br>    Defendant. | Case No. 1:24-cv-00915-JLT-SAB<br><br>ORDER VACATING OCTOBER 2 HEARING ON DEFENDANT'S MOTION TO DISMISS |

Defendant General Motors LLC filed a motion to dismiss Plaintiff Tricia Raylene Leslie's complaint on August 13, 2024. (ECF No. 7.) On August 14, 2024, the motion was referred to the undersigned for the preparation of findings and recommendations and a hearing on the motion was set for October 2, 2024. (ECF Nos. 7, 9.) Pursuant to Rule 230 of the Local Rules of the Eastern District of California ("L.R."), Plaintiff's opposition to the motion to dismiss was due on August 27, 2024. L.R. 230(c). Plaintiff did not file a timely opposition to the motion. The Local Rule provides that a party who fails to file a timely opposition is not entitled to be heard in opposition to the motion at oral argument. L.R. 230(c). The matter is therefore taken under submission and shall be decided on the papers.

Accordingly, IT IS HEREBY ORDERED that the hearing set for October 2, 2024, is VACATED and the parties will not be required to appear at that time.

IT IS SO ORDERED.

Dated:  **September 3, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1